Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :        1:06-md-1789 (JFK)
                                                :
----------------------------------------------------x
*This Document Relates to:*                     :        **NOTICE OF APPEARANCE**
Linda Welch                                     :
v. Merck & Co., Inc.,                           :
Procter & Gamble Pharmaceuticals, Inc.,         :
and Aventis Pharmaceuticals, Inc.               :
                                                :
Case No: 1:08-cv-5835-JFK                        :
----------------------------------------------------x

        PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel

of record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: July 31, 2008
      New York, New York            Respectfully submitted,


By: _____/s/_____
    David J. Heubeck


    Venable LLP
    750 E. Pratt Street, Suite 900
    Baltimore, Maryland 21202
    Tel: (410) 244-7731
    Fax: (410) 244-7742
    Email: djheubeck@venable.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on July 31, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

/s/

David J. Heubeck

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel:  (410) 244-7731
Fax:  (410) 244-7742
Email: djheubeck@venable.com