Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :
---------------------------------------------------------x
*This Document Relates to:*                         :       1:06-md-1789 (JFK)
Linda Welch                                         :
v. Merck & Co., Inc.,                               :
Procter & Gamble Pharmaceuticals, Inc.,             :
and Aventis Pharmaceuticals, Inc.                   :
                                                    :
Case No: 1:08-cv-5835-JFK                           :       **Rule 7.1 Statement**
---------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated:  New York, New York
        July 31, 2008

                                       Respectfully submitted,

                                       HUGHES HUBBARD & REED LLP

                                       By: /s/
                                            Norman C. Kleinberg
                                            Theodore V. H. Mayer
                                            William J. Beausoleil

                                       One Battery Park Plaza
                                       New York, New York 10004-1482
                                       (212) 837-6000
                                       kleinber@hugheshubbard.com
                                       mayer@hugheshubbard.com
                                       beausole@hugheshubbard.com
                                       *Attorneys for Defendant Merck & Co., Inc.*